

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Docket No. '21 MJ04191 |
| Plaintiff, | ) | |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | Tittle 8, USC 1325(a)(1) Improper Entry by Alien (Misdemeanor) |
| Cesar ARAUJO-Torres, | ) | Title 18 USC, Sec. 111(a)(1) – Assault on a Federal Officer (Felony) |
| Defendant. | ) | |

The undersigned complainant being, duly sworn, states:

## COUNT ONE

On or about October 15, 2021, within the Southern District of California, defendant, Cesar ARAUJO-Torres, alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States at a time and place other than as designated by immigration officers, and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1325, a misdemeanor.

## COUNT TWO

On or about October 15, 2021, within the Southern District of California, defendant Cesar ARAUJO-Torres, did intentionally and forcibly assault a person designated in Title 18 United States Code, Section 1114, to wit a Department of Homeland Security, United States Customs and Border Protection, United States Border Patrol Agent, while the Officer was engaged in the performance of his official duties, such acts involving physical contact, to wit; striking the agent in the face; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON OCTOBER 18, 2021.

_____
HON. KAREN S. CRAWFORD
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Cesar ARAUJO-Torres

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Cesar ARAUJO-Najera and Luis TORRES-Navarette, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 15, 2021, Border Patrol Agent J. Alston was conducting assigned duties in the Brownfield Border Patrol Station's area of responsibility. At approximately 9:00 PM, Mobile Surveillance Capabilities operator, Border Patrol Agent F. Stanave, informed agents, via service radio, that he observed three individuals on a steep hillside above Cochera Via Road, near an area known to Border Patrol Agents as "Little Tecate." At approximately 9:20 PM, Agent Alston responded to the area, and observed three individuals attempting to conceal themselves in the brush. Agent Alston approached one individual, later identified as the defendant, Cesar ARAUJO-Torres, and identified himself as a United States Border Patrol Agent. This area is approximately 3 miles north of the United States/Mexico International Boundary and approximately 5 miles west of the Tecate, California Port of Entry. ARAUJO-Torres jumped off of a large boulder and ran away. Agent Alston could hear ARAUJO-Torres telling the other two individuals to run away from him. Agent Alston briefly pursued ARAUJO-Torres, but then decided to direct his attention to the other two individuals.

Once Agent Alston approached the other two individuals, they also ran away from him. After a brief chase, Agent Alston was able to catch one individual, later identified as Cesar ARAUJO-Najera. Agent Alston identified himself as a United States Border Patrol Agent and was attempting to detain ARAUJO-Najera. At this time, Agent Stanave was informing Agent Alston that ARAUJO-Torres was close by and circling above him. For officer safety, Agent Alston decided to place handcuffs on ARAUJO-Najera. Just as Agent Alston was placing handcuffs on ARAUJO-Najera, ARAUJO-Torres came over the top of Agent Alston and struck him with a closed fist on the left temple, knocking Agent Alston's glasses off. A brief struggle ensued and both Agent Alston and ARAUJO-Torres rolled downhill. ARAUJO-Torres was able to elude Agent Alston and run away. ARAUJO-Najera also got up and ran away. Agent Alston then recovered his glasses and requested assistance from other agents.

At approximately 9:45 PM, Border Patrol Agent R. Lawler arrived at the last known location where the ARAUJO-Torres and ARAUJO-Najera were fleeing from Agent Alston. Both ARAUJO-Torres and ARAUJO-Najera were heading towards Agent Lawler's location as they

CONTINUATION OF COMPLAINT:
Cesar ARAUJO-Torres

attempted to abscond. Agent Lawler turned his flashlight on and observed ARAUJO-Torres and ARAUJO-Najera running towards him. Agent Lawler identified himself as a Border Patrol Agent, ordered them to stop running but both ARAUJO-Torres and ARAUJO-Najera continued to run. ARAUJO-Torres continued to run on a dirt road into some bushes. Agent Lawler performed a takedown technique and placed him into handcuffs. Agent Lawler identified himself as a Border Patrol Agent and conducted an immigration inspection. ARAUJO-Torres stated that he is a citizen and national of Mexico, without any immigration documents that would allow him to enter or remain in the United State legally. At approximately 9:58 PM, Agent Lawler placed ARAUJO-Torres under arrest.

At approximately 9:50 PM, Border Patrol Agent J. Peres responded to the area to assist in apprehending ARAUJO-Torres and ARAUJO-Najera. Agent Peres positioned himself in an area that was in front of the individuals, observed them running directly towards Agent Peres, and was able to physically stop and detain ARAUJO-Najera. Agent Peres moved ARAUJO-Najera to where ARAUJO-Torres was being detained and left ARAUJO-Najera with other agents.

Agent Alston returned to the area where the third individual was still hiding. Agent Stanave was able to guide Agent Alston to the exact location of the third individual. Agent Alston approached third individual, identified himself as a United States Border Patrol Agent, and conducted an immigration inspection. This area is approximately 3 miles north of the United States/Mexico international boundary and approximately 5 miles west of the Tecate, California Port of Entry. The third individual, later identified as Luis TORRES-Navarrete, stated that he is a citizen of Mexico without any immigration documents that would allow him to enter or remain in the United States legally. At approximately 10:09 PM, Agent Alston placed TORRES under arrest.

On October 16, 2021, at approximately 2:20 AM, Acting Supervisory Border Patrol Agent C. Aguilar came into contact with ARAUJO-Najera at the Brown Field Station's processing area. Agent Aguilar identified himself as a Border Patrol Agent and conducted an immigration inspection. ARAUJO-Najera stated that he is a citizen of Mexico, without any immigration documents that would allow him to enter or remain in the United States legally. Given this information, Agent Aguilar placed ARAUJO-Najera under arrest.

Material witness, Cesar ARAUJO-Najera, admitted to being a citizen of Mexico, illegally present in the United States, and to not having any documents that would allow him to enter or

**CONTINUATION OF COMPLAINT:**
**Cesar ARAUJO-Torres**

remain in the United States legally. ARAUJO-Najera stated that he entered illegally into the United States on October 15, 2021 at approximately 12:00 PM. When questioned if ARAUJO-Najera had witnessed ARAUJO-Torres assault a Border Patrol agent, ARAUJO-Najera stated that he witnessed ARAUJO-Torres push the agent. ARAUJO-Najera then recanted what he had said, and instead stated that he did not witness anything. Material witness, Luis TORRES-Navarette, stated that he did not witness anything, and stated that he did not feel comfortable answering questions, as he did not witness anything and did not want to be involved.

**Executed on October 16, 2021 at 10:00 AM.**

_____
Jon D. Bowen
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 3 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on October 15, 2021, in violation of 18 USC 111(a)(1), 8 USC 1325(a)(1).

_____        4:11 PM, Oct 16, 2021
HON. KAREN S. CRAWFORD              Date/Time
United States Magistrate Judge